IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHIDEE DUPREE BEASON,

    Plaintiff,                                      13cv0316 Erie
                                                  **ELECTRONICALLY FILED**

        v.

PAUL GARDNER Erie County Correctional
Officer, Prison Official, KEVIN SUTTE
Warden of Erie County Prison,

    Defendants.

SHIDEE DUPREE BEASON,

    Plaintiff,                                      13cv0317 Erie
                                                  **ELECTRONICALLY FILED**

        v.

ECP OFFICER OWENS-CRAIG, ECP SGT
RICHARD HOUGHTON,

    Defendants.

SHIDEE DUPREE BEASON,

    Plaintiff,                                      13cv0318 Erie
                                                  **ELECTRONICALLY FILED**

        v.

MAJOR GARY SEYMOUR of
ECP/Individually and in His Capacity,
DEPUTY WARDEN MICHAEL HOLMAN
Individually and in His Capacity of the Erie
County Prison,

    Defendants.

SHIDEE DUPREE BEASON,

        Plaintiff,                      13cv0319 Erie
                                                    **ELECTRONICALLY FILED**

        v.

ROBERT KALIVODA, JOHN KENZIORO,

        Defendants.

## Memorandum Order

Before the Court are the Report and Recommendations of the Magistrate Judge (doc. no. 3 at 13-cv-316, doc. no. 4 at 13-cv-317, doc. no. 3 at 13-cv-318, and doc. no. 4 at 13-cv-319) recommending that the cases be dismissed for failure to prosecute. Objections to the Report and Recommendation were due on December 9, 2013. As of this date, no objections have been filed. Accordingly, the Report and Recommendations are adopted as the Opinions of this Court.

These cases are dismissed and the dockets shall be marked closed.

                                                **SO ORDERED** this 16th day of December, 2013.

                                                s/Arthur J. Schwab
                                                Arthur J. Schwab
                                                United States District Judge

cc: All Registered ECF Counsel and Parties

SHIDEE DUPREE BEASON
ERIE COUNTY PRISON
1618 ASH STREET
ERIE, PA 16503